FILED

03/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0713

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**SUPREME COURT CASE NO. DA23-0713**

IN RE THE MARRIAGE OF:

MATTHEW THOMAS BASQUE,

Petitioner/Appellant

       and

GINA ALICIA BASQUE,

Respondent/Appellee.

_____

**ORDER**

_____

THE COURT having reviewed Appellant's *Motion for Extension* and for good cause appearing therefore:

IT IS HEREBY ORDERED that Appellant's Motion is GRANTED and Appellant shall file his Opening Brief no later than April 22, 2024.

Dated this _____ day of March, 2024.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2024